People v Blando
2026 NY Slip Op 03818
June 17, 2026
Appellate Division, Second Department
Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.
This decision is uncorrected and subject to revision before publication in the Official Reports.

The People of the State of New York, respondent,
v
Christopher Blando, also known as Christopher Blando-Flores, appellant.

Supreme Court of the State of New York, Appellate Division, Second Judicial Department
Decided on June 17, 2026
2025-04224, (Ind. No. 70760/21)
Lara J. Genovesi, J.P.
Barry E. Warhit
Donna-Marie E. Golia
Phillip Hom, JJ.

Martin Geoffrey Goldberg, Franklin Square, NY, for appellant.
Anne T. Donnelly, District Attorney, Mineola, NY (Jason R. Richards, Kevin C. King, and Francine R. Michel of counsel), for respondent.

[*1]
DECISION & ORDER
Appeal by the defendant from a judgment of the County Court, Nassau County (Meryl J. Berkowitz, J.), rendered March 21, 2025, convicting him of criminal possession of a weapon in the second degree, reckless driving, and aggravated unlicensed operation of a motor vehicle in the second degree, upon a jury verdict, and imposing sentence.
ORDERED that the judgment is affirmed.
The defendant failed to preserve for appellate review his contention that the verdict was repugnant, where he was convicted of criminal possession of a weapon in the second degree and acquitted of criminal possession of a firearm and criminal possession of a weapon in the third degree, since he failed to raise an objection on this specific ground before the jury was discharged (see People v Alfaro, 66 NY2d 985, 987; People v Emanuel, 239 AD3d 767, 768-769). Given the circumstances, we decline to reach that unpreserved contention in the exercise of our interest of justice jurisdiction (see People v Emanuel, 239 AD3d at 769; People v Walker, 237 AD3d 978, 979).
GENOVESI, J.P., WARHIT, GOLIA and HOM, JJ., concur.
ENTER:
Darrell M. Joseph
Clerk of the Court